UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| | ) CASE NO.: 22-10029-LRC |
| LARENZO LOPEZ BOYKIN, | ) |
| | ) |
| | ) CHAPTER 13 |
| DEBTOR. | ) |
| | ) |
| | ) JUDGE LISA RITCHEY CRAIG |
| ------------------------------------------------------------------ | ) |
| | ) |
| MELISSA J. DAVEY, | ) |
| STANDING CHAPTER 13 TRUSTEE, | ) |
| Movant, | ) |
| | ) |
| v. | ) CONTESTED MATTER |
| | ) |
| LARENZO LOPEZ BOYKIN, | ) |
| Respondent. | ) |
| | ) |
| ------------------------------------------------------------------ | ) |

**CHAPTER 13 TRUSTEE'S
OBJECTION TO CONFIRMATION & MOTION TO DISMISS**

Melissa J. Davey, Chapter 13 Trustee, objects to confirmation of the plan and moves to dismiss this case pursuant to 11 U.S.C. Section 1307(c) for the following reasons:

1. The plan as proposed will extend beyond sixty (60) months, contrary to 11 U.S.C. Section 1322(d).

2. The Debtor has failed to pay the Chapter 13 Plan payments to the Trustee as required by 11 U.S.C. Section 1326.

3. The Debtor has failed to file an Employment Deduction Order.

4. The Debtor has failed to provide copies of all pay advices received within sixty (60) days of filing the instant case in violation of 11 U.S.C. Section 521(a)(1)(B)(iv).

5. In accordance with General Order Nos. 18-2015, 22-2017, and/or 42-2020 and the Statement of Rights and Responsibilities, the Debtor's attorney should timely

provide proof of Debtor's $3,500.00 per month wage income to the Chapter 13 Trustee. 11 U.S.C. Sections 521(a)(1), 1325(a)(3), 1325(a)(6), 1325(b)(1)(B) and Bankruptcy Rule 1007.

6. The Debtor's Plan and Schedules fail to fully disclose information regarding the individual Domestic Support Obligation holder Terry Adams. The Debtor must provide the Chapter 13 Trustee with the name, address and telephone number for said individual. 11 U.S.C. Section 1302(d)(1)(A)(ii).

7. The Trustee requests proof that Debtor has made all required domestic support obligation payments of $1,400.00 per month prior to confirmation. 11 U.S.C. Sections 1307(c)(11), 1325(a)(6) and 1325(a)(8).

8. The Debtor has failed to properly schedule and notify Terry Adams, in violation of 11 U.S.C. Section 342 and the Federal Rules of Bankruptcy Procedure Rule 1007. The Debtor's Schedules and mailing matrix should be amended to include the creditor's complete address, and Debtor should provide proof that the creditor has been served.

9. Debtor's Schedules I and/or J fail to accurately reflect that Debtor's Domestic Support Obligation is $1,400.00 per month, not $1,239.00 per month, preventing the Chapter 13 Trustee from determining whether the Plan complies with 11 U.S.C. Sections 1325 (a)(3), (a)(6), and/or 1325(b)(1)(B).

10. Due to a change in circumstances since filing, Schedules I and J do not correctly reflect that Debtor is no longer employed, and is only doing side work with father of $250.00 per week, preventing the Trustee from evaluating feasibility. 11 U.S.C. Section 1325(a)(6).

11. The Chapter 13 Plan fails to treat the DSO claim owed to Terry Adams in possible violation of 11 U.S.C. Sections 1322(a)(2) and (a)(4).

12. The Chapter 13 Trustee requests that, upon filing, Debtor provide a copy of the 2021 federal income tax return and remit the portion of the tax refund (as required by Section 2.3 of Debtor's Chapter 13 Plan) to the Trustee prior to the currently scheduled confirmation hearing. 11 U.S.C. Sections 1325(a)(3), 1325(a)(6), 1325(b)(1)(B), and 521.

Wherefore, the Trustee moves this Honorable Court to consider the above objections at the confirmation hearing, deny confirmation of the Chapter 13 plan, dismiss the case pursuant to 11 U.S.C. Section 1307(c), and for such other and further relief that this Court deems just and proper.

Dated:  March 14, 2022

/s/Taylor S. Mansell
Taylor S. Mansell
Attorney for the Chapter 13 Trustee
GA Bar No. 940461
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303
Telephone:     (678) 510-1444
Facsimile:      (678) 510-1450
mail@13trusteeatlanta.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 22-10029-LRC |
| | ) | |
| LARENZO LOPEZ BOYKIN, | ) | CHAPTER 13 |
| | ) | |
| DEBTOR. | ) | JUDGE LISA RITCHEY CRAIG |
| ----------------------------------- | ) | |
| | ) | |
| MELISSA J. DAVEY, | ) | |
| STANDING CHAPTER 13 TRUSTEE, | ) | |
| Movant, | ) | |
| v. | ) | CONTESTED MATTER |
| | ) | |
| LARENZO LOPEZ BOYKIN, | ) | |
| Respondent. | ) | |
| ----------------------------------- | ) | |

**CERTIFICATE OF SERVICE**

I certify that on this day I caused a copy of this Chapter 13 Chapter 13 Trustee's Objection to Confirmation & Motion to Dismiss to be served via United States First Class Mail with adequate postage prepaid on the following parties at the address shown for each:

LARENZO LOPEZ BOYKIN
204 BENNETT CIRCLE
CARROLLTON, GA  30117

I further certify that I have on this day electronically filed the foregoing Chapter 13 Trustee's Objection to Confirmation & Motion to Dismiss using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

**Attorney for the Debtor(s):**
MATTHEW THOMAS BERRY

Dated: March 14, 2022

/s/Taylor S. Mansell
Taylor S. Mansell
Attorney for the Chapter 13 Trustee
GA Bar No. 940461
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303
Telephone:    (678) 510-1444
Facsimile:    (678) 510-1450
mail@13trusteeatlanta.com